UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

<table>
<tr><td></td><td>**FILED**</td></tr>
<tr><td></td><td>APR 18 2022</td></tr>
<tr><td></td><td>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS</td></tr>
</table>

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>GUSTAVO CARRILLO-LOPEZ,<br><br>        Defendant - Appellee. | No. 21-10233<br><br>D.C. No. 3:20-cr-00026-MMD-WGC-1<br>U.S. District Court for Nevada, Reno<br><br>**ORDER** |

The amicus brief submitted by Aoki Center for Critical Race and Nation Studies, et al. on April 15, 2022 is filed.

Within 7 days of this order, amici curiae are ordered to file 6 copies of the brief in paper format with green covers, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the version submitted electronically. The Form 18 certificate is available on the Court's website, at http://www.ca9.uscourts.gov/forms.

The paper copies shall be submitted to the principal office of the Clerk. The address for regular U.S. mail is P.O. Box 193939, San Francisco, CA 94119-3939. The address for overnight mail is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Khanh Thai
Deputy Clerk
Ninth Circuit Rule 27-7