Case Nos. 21-10233, 21-50145

# The United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| United States of America, | |
|     Plaintiff-Appellant, | Case No. 21-10233 |
| v. | D.C. No. 3:20-cr-00026-MMD-WGC-1 |
| Gustavo Carrillo-Lopez, | District of Nevada |
|     Defendant-Appellee. | |

| | |
|---|---|
| United States of America, | |
|     Plaintiff-Appellee, | Case No. 21-50145 |
| v. | D.C. No. 3:20-cr-01684-LAB |
| Rodrigues-Barios, | Southern District of California |
|     Defendant-Appellant. | |

**Appellee Carrillo-Lopez and Appellant Rodrigues-Barios' Joint Unopposed Motion to Revise Oral Argument Schedule**

This Court has calendared oral argument in *United States v. Carrillo-Lopez*, No. 21-10233, for December 8, 2022, in Pasadena, California, along with oral argument in *United States v. Rodrigues-Barios*, No. 21-50145. The cases were calendared together for argument but are not consolidated. *United States v. Rodrigues-Barios*, No. 21-50145, Dkt. 41 (granting government's request to calendar both appeals before same argument panel). Under the current argument schedule, *Rodrigues-Barios* will be argued second, followed by an unrelated appeal argued third, then *Carrillo-Lopez* argued fourth.

Although the cases have different procedural histories, both raise the same substantive constitutional equal protection challenge to 8 U.S.C. § 1326. For this reason, Mr. Carrillo-Lopez and Mr. Rodrigues-Barios jointly request their arguments occur sequentially. For judicial efficiency and to avoid redundancy, Mr. Carrillo-Lopez and Mr. Rodrigues-Barios also request *Carrillo-Lopez* be argued before the *Rodrigues-Barios* argument.

Counsel for the defendants contacted government counsel on October 3, 2022, and government counsel for each case agrees that *Carrillo-Lopez* and *Rodrigues-Barios* should be argued back to back, but defers to the Court on the order in which the two appeals are argued.

Respectfully submitted,

RENE L. VALLADARES
Federal Public Defender,
District of Nevada
*s/Ellesse Henderson*
ELLESSE HENDERSON
Assistant Federal Public Defender
411 E. Bonneville, Suite 250
Las Vegas, Nevada 89101
(702) 388-6577
*Attorney for Carrillo-Lopez*

*s/Kara Hartzler*
KARA HARTZLER
Federal Defenders of San Diego
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 687-2666
*Attorney for Rodrigues-Barios*

**Dated**: October 4, 2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 15. Certificate of Service for Electronic Filing

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form15instructions.pdf

**9th Cir. Case Number(s)** | 21-10233

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

Mr. Gustavo Carrillo-Lopez, #1231425
High Desert State Prison
P.O. Box 650
22010 Cold Creek Road
Indian Springs, Nevada 89070

**Description of Document(s)** *(required for all documents)*:

Motion to Revise Oral Argument Schedule

**Signature** | s/Ellesse Henderson     **Date** | October 4, 2022
*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 15      *Rev. 12/01/2018*